IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOLLY DOBROSKY | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-2612 |
| | : | |
| JENNIFER LOMETTI, DETECTIVE | : | |
| PETER LANGE, WILLIAM R. | : | |
| MURPHY | : | |

## ORDER

**AND NOW**, this 4th day of December 2023, following Plaintiff's Notice of voluntary dismissal (ECF No. 18) leading to our October 13, 2023 Order (ECF No. 19), considering Defendants' Motions to dismiss (ECF Nos. 15, 16), Plaintiff's Oppositions (ECF Nos. 20, 21), Defendant Lange's Reply (ECF No. 22), and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT** Defendants' Motions to dismiss (ECF Nos. 15, 16) without prejudice to Plaintiff filing a second amended Complaint pleading facts stating a claim and overcoming the well-defined trial witness and prosecutorial immunities consistent with Rule 11 by no later than **December 21, 2023** or we will direct the Clerk of Court to close this case.

_____

KEARNEY, J.