# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HOLLY DOBROSKY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 23-2612 |
| | : | |
| **JENNIFER LOMETTI** | : | |

# ORDER

**AND NOW**, this 30th day of January 2024, upon considering Defendant's Motion to dismiss (ECF No. 29) the second amended Complaint (ECF No. 27), Plaintiff's Opposition (ECF No. 30), and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT** Defendant's Motion to dismiss (ECF No. 29) requiring we **dismiss** the remaining claims with prejudice and direct the Clerk of Court to **close** this case.

_____
**KEARNEY, J.**